# United States District Court
## Eastern DISTRICT OF North Carolina
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**JUDGMENT OF ACQUITTAL**

VS.

Case Number: 7:10-CR-53-2BO

Sherese Lanelle Williamson

The Court grants defendant's motion for judgment of acquittal pursuant to Rule 29 of the F.R.C.P. and Count 1 of the Superceding Indictment is DISMISSED.

IT IS THEREFORE ORDERED AND ADJUDGED that the defendant be acquitted, discharged, and any bond exonerated.

_/s/ Terrence Boyle_
Signature of Judicial Officer

TERRENCE W. BOYLE U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

2/8/2011
Date