IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-53-2BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ~~PROPOSED~~ |
| v. | ) | ORDER TO SEAL |
| | ) | |
| SHERESE LANELLE WILLIAMSON | ) | |

Upon motion of the Defendant for an Order to seal the document and any attachments submitted through CM/ECF and identified as Docket Entry 124, and good cause having been shown for such an Order,

It is hereby ORDERED the document and any attachments submitted through CM/ECF and identified as Docket Entry 124 shall be filed under seal by the Clerk.

It is further ORDERED that the Defendant, through Counsel, and the Government are permitted to receive certified copies of the sealed documents from the Clerk, upon request.

IT IS SO ORDERED.

This 15 day of May 2011.

Terrence Boyle
The Honorable Terrence W. Boyle
United States District Judge, E.D.N.C.